UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
ex rel. David Jones,

    Plaintiff,

vs.

VICTORY AUTOMOTIVE
GROUP, LLC, et al.,

    Defendants.
_____/

**EX PARTE**
**FILED UNDER SEAL**
Case No.: 8:21-cv-1742-CEH-CPT

SEP 29 2023 PM4:35
FILED - USDC - FLMD - TPA

## NOTICE OF ELECTION TO INTERVENE
## AND NOTICE OF RESOLUTION UNDER LOCAL RULE 3.09

Under 31 U.S.C. § 3730(b)(2) and (4) and Local Rule 3.09, the United States announces its decision to intervene in part for the purpose of settlement and otherwise decline to intervene. Specifically, the United States intervenes in the relator's claim against Victory Automotive Group, LLC. The United States declines the remaining claims. Additionally, the United States announces a settlement of the intervened claims.

Accordingly, the United States requests unsealing of the complaint, this notice, and the parties' forthcoming stipulation of dismissal. The United States further requests that all other papers previously filed in this action remain under seal because those papers discuss the content and extent of the United States' investigation for the sole purpose of assisting the Court in evaluating whether to

1

extend the seal and intervention period.

    Respectfully submitted on this 29th day of September, 2023.

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        ROGER HANDBERG
        United States Attorney

/s/
LINDSAY SAXE GRIFFIN
Assistant United States Attorney
Florida Bar No. 72761
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone No. (813) 274-6000
Facsimile No. (813) 274-6200
Lindsay.Griffin@usdoj.gov

JAMIE ANN YAVELBERG
COLIN HUNTLEY
BENJAMIN C. WEI
Attorneys, Civil Division
U.S. Department of Justice
175 N Street N.E., Rm. 9.224
Washington, D.C. 20002
Tel. 202-616-2875
Benjamin.c.wei@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2023, a copy of the foregoing was served by e-mail and U.S. Mail on the following:

> R. Scott Oswald
> Janel Quinn
> The Employment Law Group, P.C.
> 1717 K Street NW, Suite 1110
> Washington, D.C. 20006
>
> *Attorneys for the Relator*

/s/ Lindsay Saxe Griffin
Assistant United States Attorney