UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
ex rel. David Jones,

    Plaintiff,

vs.                                   Case No.: 8:21-cv-1742-CEH-CPT

VICTORY AUTOMOTIVE
GROUP, LLC, et al.,

    Defendants.
_____/

## ORDER

The United States announces its decision to intervene for the purpose of settlement. Pursuant to 31 U.S.C. § 3730(b)(4), it is hereby ordered:

1. The relator's complaint, the United States' notice of intervention, and this order shall be unsealed;

2. All other papers and orders previously filed in this matter shall remain under seal;

3. The seal is vacated for all other matters occurring in this action after the day of this order; and

4. Under Local Rule 3.09, this case is **DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to **CLOSE** the case. The United States, the relator, or the defendants may move within 60 days to re-open the case for entry of a stipulated final order or a judgment or for further proceedings.

1

ORDERED in Tampa, Florida, this 10 day of October, 2023.

*Charlene Edwards Honeywell*
HON. CHARLENE E. HONEYWELL
UNITED STATES DISTRICT JUDGE