UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
ex rel. David Jones,

    Plaintiff,

vs.                                        Case No.: 8:21-cv-1742-CEH-CPT

VICTORY AUTOMOTIVE
GROUP, LLC, et al.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and the parties' September 28, 2023, Settlement Agreement, the United States and the Relator stipulate to dismissal with prejudice of this case as to the relator David Jones, with prejudice to the United States as to the Covered Conduct, and without prejudice to the United States as to all other claims.

Dated this 11th day of October, 2023.

                                            Respectfully Submitted,

|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ROGER HANDBERG<br>United States Attorney |
|---|---|
| /s/Janel Quinn<br>R. Scott Oswald<br>Janel Quinn<br>The Employment Law Group, P.C. | /s/Lindsay S. Griffin<br>LINDSAY SAXE GRIFFIN<br>Assistant United States Attorney<br>Florida Bar No. 72761 |

1

| | |
|---|---|
| 1717 K Street NW, Suite 1110<br>Washington, D.C. 20006<br><br>*Attorneys for the Relator* | 400 North Tampa Street, Suite 3200<br>Tampa, FL 33602<br>Telephone No. (813) 274-6000<br>Facsimile No. (813) 274-6200<br>Lindsay.Griffin@usdoj.gov<br><br>JAMIE ANN YAVELBERG<br>COLIN HUNTLEY<br>BENJAMIN C. WEI<br>Attorneys, Civil Division<br>U.S. Department of Justice<br>175 N Street N.E., Rm. 9.224<br>Washington, D.C. 20002<br>Tel. 202-616-2875<br>Benjamin.c.wei@usdoj.gov<br><br>*Attorneys for the United States* |

2