UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID JONES,

    Plaintiff,

v.                                        Case No: 8:21-cv-1742-CEH-UAM

VICTORY AUTOMOTIVE GROUP, LLC, JEFFREY EUGENE CAPPO, CAPPO MANAGEMENT XXV, LLC, DOWNTON FORD SALES, CAPPO MANAGEMENT IX, INC., CAPPO MANAGEMENT XII, INC., CAPPO MANAGEMENT XXIII, INC., CAPPO MANAGEMENT XXVI, INC., CAPPO MANAGEMENT XXVII, INC., CAPPO MANAGEMENT XXVIII, INC., CAPPO MANAGEMENT XXIX, INC., CAPPO MANAGEMENT XXXI, INC., CAPPO MANAGEMENT XXXIII, INC., CAPPO MANAGEMENT XXXIV, INC., CAPPO MANAGEMENT XXXV, INC., CAPPO MANAGEMENT XL, INC., CAPPO MANAGEMENT XLI, INC., CAPPO MANAGEMENT XLV, INC., CAPPO MANAGEMENT XLVI, INC., CAPPO MANAGEMENT XLVIII, INC., CAPPO MANAGEMENT XLIX, INC., CAPPO MANAGEMENT LI, INC., CAPPO MANAGEMENT LIII, INC., CAPPO MANAGEMENT LIV, INC., CAPPO MANAGEMENT, INC., CAPPO MANAGEMENT XVIII, INC., CAPPO MANAGEMENT XX, INC., CAPPO MANAGEMENT XXII, INC., CAPPO MANAGEMENT XXIV,

INC., CAPPO MANAGEMENT XXXII, INC., CAPPO MANAGEMENT II, INC., CAPPO MANAGEMENT VI, INC., CAPPO MANAGEMENT XVII, INC., CAPPO MANAGEMENT XXX, INC., CAPPO MANAGEMENT VII, INC., CAPPO MANAGEMENT XLIV, INC., CAPPO MANAGEMENT XLVII, INC., CAPPO MANAGEMENT LII, INC., CAPPO MANAGEMENT X, INC., CAPPO MANAGEMENT XV, INC., CAPPO MANAGEMENT XXXVII, INC., CAPPO MANAGEMENT XXXVIII, INC. and CAPPO MANAGEMENT L, INC.,

      Defendants.

## ORDER

Upon consideration of the Joint Stipulation of Dismissal (Doc. 18), which has been signed by all parties who have appeared in this action and comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed by operation of Rule 41(a), on the terms agreed to and set out by the parties. Accordingly, it is hereby

**ORDERED** that the above-captioned cause is **DISMISSED** with prejudice as to the relator David Jones, with prejudice as to the United States as to the Covered Conduct, and without prejudice to the United States as to all other claims. The Clerk is directed to terminate pending motions and deadlines, if any, and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on October 12, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties, if any